**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
Dominique Yammine

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOMINIQUE YAMMINE, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DIRECT FUNDING NOW, LLC,**<br><br>**Defendant.** | **Case No.:** 8:24-cv-02756-FWS-DFM<br><br>**NOTICE OF INDIVIDUAL SETTLEMENT AS TO DEFENDANT DIRECT FUNDING NOW, LLC** |

NOTICE IS HEREBY GIVEN that the dispute between plaintiff Dominique Yammine ("Plaintiff") and defendant Direct Funding Now, LLC ("Defendant" or "Direct Funding") (together the "Parties") has been resolved on an individual basis with a settlement in principle. The Parties anticipate filing a Joint Stipulation to Dismiss the action within ninety (90) days.

Plaintiff respectfully requests that the Court vacate all pending dates, hearings, and filing requirements, and set a deadline on or after **June 4, 2025**, for the Parties to dismiss the action.

Dated: March 6, 2025                                      Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:  */s/ Pamela E. Prescott, Esq.*
Abbas Kazerounian, Esq.
Pamela E. Prescott, Esq.
ATTORNEYS FOR PLAINTIFF

**NOTICE OF INDIVIDUAL SETTLEMENT AS TO DEFENDANT DIRECT FUNDING, LLC**